IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| Dana Walker | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 4:26-cv-01755 |
| | § | |
| Rausch Sturm LLP | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Mar 25, 2026, 12:49 pm**,

NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE, ORDER SETTING CONFERENCE, PLAINTIFF'S LIST OF FINANCIALLY INTERESTED ENTITIES AND KNOWN ATTORNEYS OF RECORD, PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT AND TEXAS DECEPTIVE TRADE PRACTICES ACT, PLAINTIFF'S ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692 ET SEQ., SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET,

and was executed at **211 E. 7th Street Ste 620, Austin, Texas 78701-3218** within the county of **Travis** at **02:12 PM** on **Thu, Mar 26 2026**, by delivering a true copy to the within named

RAUSCH STURM, LLP, BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT KANEISHA GROSS

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **March 26, 2026**.

_____

Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2026